Julia Donelson HOUSTON, et al., Plaintiffs–Appellees,

v.

Ruth M. THOMAS, et al., Defendants,

State of Louisiana and Lake Providence Port Commission, Intervening Defendants–Appellants.

No. 90–1031.

United States Court of Appeals, Fifth Circuit.

Feb. 12, 1993.

Gary L. Keyser, Asst. Atty. Gen., William J. Guste, Jr., Atty. Gen., Baton Rouge, LA, for intervening defendants-appellants.

Robert R. Bailess, Wheeles, Beanland, Shappley & Bailess, Vicksburg, MS, for plaintiffs-appellees.

Before POLITZ, Chief Judge, and DUHÉ, Circuit Judge [1].

PER CURIAM:

As directed by the Supreme Court [2], this matter is remanded to the district court which shall dismiss the claims of Louisiana against Mississippi for lack of jurisdiction, and which shall proceed to determine the claims of the private litigants.

REMANDED WITH INSTRUCTIONS.

---

1. Judge Alvin B. Rubin was a member of the original panel which heard this case but he died on June 11, 1991. This matter is being handled by a quorum. 28 U.S.C. § 46(d).

2. *Mississippi et al. v. Louisiana et al.,* —— U.S. ——, 113 S.Ct. 549, 121 L.Ed.2d 466 (1992).